# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                              Crim. No. 5:09-MJ-1505-1

WILLIAM WEATHERLY, JR.

On October 5, 2010, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Robert L. Thornton  
Robert L. Thornton  
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _17th_ day of _September_, 2011.

Robert B. Jones, Jr.  
U.S. Magistrate Judge